AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Southern District of Georgia

*1682655*

**UNITED STATES OF AMERICA**

v.

AMOS MEYERS

**WARRANT FOR ARREST**

CASE NUMBER:  **CR109 - 62**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   **AMOS MEYERS**

Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

WIRE FRAUD CONPSIRACY

2009 AUG -4  PM 3:24

in violation of Title   **18**   United States Code, Section(s)   **1349**

HONORABLE G. R. SMITH                    U. S. MAGISTRATE JUDGE

Name of Issuing Officer                  Title of Issuing Officer

Signature of Issuing Officer             MAY 8, 2009, SAVANNAH, GA

                                         Date and Location

Bail fixed at $ _____   by _____

                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at: Autoplex Davis Rd. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/29/2009 DATE OF ARREST | FBI | USMS |

GAS Rev 4/21/97